DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAYNECIA FLOYD,**
Appellant,

v.

**SHARNELL LORANDA LOUIS,**
Appellee.

No. 4D2023-1265

[April 3, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case No. DVCE23-003421.

Jaynecia Floyd, North Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

CONNER, KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***